FILED

UNITED STATES COURT OF APPEALS                 MAY 23 2013

FOR THE NINTH CIRCUIT                          MOLLY C. DWYER, CLERK
                                               U.S. COURT OF APPEALS

| | |
|---|---|
| SHARON COBB; et al., | No. 13-80000 |
| Plaintiffs - Respondents, | D.C. No. 8:10-cv-00711-DOC-AN<br>Central District of California,<br>Santa Ana |
| v. | |
| BSH HOME APPLIANCES CORPORATION, | ORDER |
| Defendant - Petitioner. | |

Before: GRABER and BEA, Circuit Judges.

Petitioner's motion for reconsideration is denied. *See* 9th Cir. R. 27-10.

No further filings will be entertained in this closed case.

SLJ/MOATT